UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TRAMAINE ANTONIO HARRISON | CIVIL ACTION |
| VERSUS | NO. 15-1703 |
| JAMES D. CALDWELL | SECTION "N"(5) |

## ORDER

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Accordingly,

**IT IS ORDERED** that the petition of Tramaine Antonio Harrison for issuance of a writ of habeas corpus under 28 U.S.C. § 2254, is hereby **DISMISSED WITHOUT PREJUDICE.**

New Orleans, Louisiana, this 28th day of August, 2015.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE